```
ALECIA JOANNE MAXWELL        HATTIESBURG CLINIC           SYNCHRONY
14 ALYSHA LN                 415 SOUTH 28TH AVE           ATTN: BANKRUPTCY
PETAL, MS 39465              HATTIESBURG, MS 39401        PO BOX 965060
                                                          ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.       INTERNAL REVENUE SERVI       SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC   CENTRALIZED INSOLVENCY       ATTN: BANKRUPTCY
P.O. BOX 13767               P.O. BOX 7346                PO BOX 965060
JACKSON, MS 39236            PHILADELPHIA, PA 19101-7346  ORLANDO, FL 32896


AFFIRM                       INTERNAL REVENUE SERVI       SYNCHRONY BANK
443 IRVING DR                C/O US ATTORNEY              ATTN: BANKRUPTCY DEPT
BURBANK, CA 91504            501 EAST COURT ST            P.O. BOX 965065
                             STE 4.430                    ORLANDO, FL 32896
                             JACKSON, MS 39201


AFFIRM, INC.                 MS DEPT OF REVENUE           SYNCHRONY BANK
ATTN: BANKRUPTCY             BANKRUPTCY SECTION           ATTN: BANKRUPTCY
650 CALIFORNIA ST            PO BOX 22808                 POB 965065
SAN FRANCISCO, CA 94108      JACKSON, MS 39225-2808       ORLANDO, FL 32896


CITIIBANK                    REGIONS MORTGAGE             TARGET
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY             PO BOX 673
PO BOX 6403                  PO BOX 110                   MINNEAPOLIS, MN 55440-0673
SIOUX FALLS, SD 57117        HATTIESBURG, MS 39403


COMENITY BANK                ROCKET LOANS                 TD AUTO FINANCE
PO BOX 182125                ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
COLUMBUS, OH 43218           1050 WOODWARD AVE            PO BOX 9223
                             DETROIT, MI 48226            FARMINGTON HILLS, MI 48333


COMENITY BANK                SMITH, ROUCHON               TOWER LOAN
ATTN: BANKRUPTCY             1456 ELLIS AVE               ATTN: BANKRUPTCY
PO BOX 182125                JACKSON, MS 39204            PO BOX 320001
COLUMBUS, OH 43218                                        FLOWOOD, MS 39232


COMENITY BK                  SPRINGLF FIN                 US ATTORNEY GENERAL
ATTN: BANKRUPTCY             PO BOX 1010                  US DEPT OF JUSTICE
PO BOX 182273                EVANSVILLE, IN 47706         950 PENNSYLVANIA AVENW
COLUMBUS, OH 43218                                        WASHINGTON, DC 20530-0001


COMENITY CAPITAL             SUNBELT FEDERAL CU           WEB BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY             2211 N FIRST ST
PO BOX 183003                6885 US HWY 49               SAN JOSE, CA 95131
COLUMBUS, OH 43218           HATTIESBURG, MS 39402
```