Certificate Number: 17082-MSS-DE-040615880

Bankruptcy Case Number: 26-50221



17082-MSS-DE-040615880

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2026, at 9:14 o'clock PM MST, ALECIA J MAXWELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 12, 2026            By:  /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title:  Executive Director