**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:

    ALECIA JOANNE MAXWELL            CASE NO.  26-50221-KMS
                                                           CHAPTER 13

    Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of Evans Petree PC will represent the interests of TD Bank, N.A. ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Jacob Zweig, Esq.
    Evans Petree PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

                                                       /s/Jacob Zweig
                                                       Jacob Zweig, Esq. (MS Bar No. 104725)
                                                       Evans Petree PC
                                                       Attorneys for TD Bank
                                                       1715 Aaron Brenner Drive, Suite 800
                                                       Memphis, TN  38120
                                                       (901) 525-6781 telephone
                                                       (901) 374-7486 fax
                                                       jzweig@evanspetree.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2026, a copy of the foregoing electronically filed Notice was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr
P.O. Box 13767
Jackson, MS  39236

Alecia Joanne Maxwell
14 Alysha Ln
Petal, MS  39465

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS  39403

/s/ Jacob Zweig
Jacob Zweig
Evans Petree PC