United States Bankruptcy Court

Southern District of Mississippi

In re:

Alecia Joanne Maxwell

    Debtor

Case No. 26-50221-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 19, 2026 | Form ID: n031 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alecia Joanne Maxwell, 14 Alysha Ln, Petal, MS 39465-9566 |
| 5622847 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5622862 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5622871 | + | Web Bank, 2211 N First St, San Jose, CA 95131-2021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jaxbanko@td.com | May 19 2026 19:56:00 | TD Bank, N.A., 1715 Aaron Brenner Drive, Suite 800, memphis, TN 38120-1445 |
| 5622848 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 19 2026 19:59:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5635022 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2026 19:59:31 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5650178 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 19:59:38 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5622849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 19:59:43 | Citiibank, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 5622851 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2026 19:56:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5622850 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2026 19:56:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5622852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2026 19:56:00 | Comenity Bk, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5622853 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2026 19:56:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5635868 | + | Email/Text: bankruptcy@towerloan.com | May 19 2026 19:56:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5622854 | + | Email/Text: kristie.pope@hattiesburgclinic.com | May 19 2026 19:57:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5622856 | + | Email/Text: ebone.woods@usdoj.gov | May 19 2026 19:56:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5622855 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2026 19:56:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5636520 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2026 19:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5625580 | + | Email/Text: bncnoticing@evanspetree.com | | |

District/off: 0538-6      User: mssbad      Page 2 of 3

Date Rcvd: May 19, 2026      Form ID: n031      Total Noticed: 38

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 19 2026 19:56:00 | Jacob Zweig, Esq., Evans Petree PC, For TD Bank N.A., 1715 Aaron Brenner Drive Suite 800, Memphis TN 38120-1445 |
| 5622857 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 19 2026 19:56:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5636507 | | Email/PDF: cbp@omf.com | May 19 2026 19:59:30 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5651778 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2026 19:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5651777 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2026 19:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5650736 | + | Email/Text: newbk@Regions.com | May 19 2026 19:56:00 | Regions Bank, 6200 Poplar Ave 4th Floor, Memphis, TN 38119-4713 |
| 5622858 | + | Email/Text: shawn.temple@regions.com | May 19 2026 19:56:00 | Regions Mortgage, Attn: Bankruptcy, Po Box 110, Hattiesburg, MS 39403-0110 |
| 5622859 | + | Email/Text: OpsCompliance@RocketLoans.com | May 19 2026 19:56:00 | Rocket Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5622860 | + | Email/Text: Tracey@sra-inc.net | May 19 2026 19:56:00 | Smith, Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5622861 | + | Email/PDF: cbp@omf.com | May 19 2026 19:59:30 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5622863 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 19:59:36 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5660976 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2026 19:59:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5622865 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 19:59:42 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5622864 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 19:59:30 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5622866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 19:59:42 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 5625496 | + | Email/Text: jaxbanko@td.com | May 19 2026 19:56:00 | TD Bank, N.A., c/o Jacob Zweig, Esq., 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5622869 | | Email/Text: bankruptcy@towerloan.com | May 19 2026 19:56:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5622867 | | Email/Text: bncmail@w-legal.com | May 19 2026 19:56:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5622868 | + | Email/Text: jaxbanko@td.com | May 19 2026 19:56:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5622870 | ^ | MEBN | May 19 2026 19:51:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0538-6        User: mssbad        Page 3 of 3

Date Rcvd: May 19, 2026        Form ID: n031        Total Noticed: 38

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jacob C Zweig | on behalf of Creditor TD Bank  N.A. jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Alecia Joanne Maxwell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50221−KMS
**Chapter:**  13

**In re:**

Alecia Joanne Maxwell
14 Alysha Ln
Petal, MS 39465

<u>Notice of Entry of Order Confirming Plan</u>

The Court entered an Order on May 19, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| <u>Jackson Office:</u> | <u>Gulfport Office:</u> |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 19, 2026                    Danny L. Miller, Clerk of Court