**B 2100A Form (2100A) (12/15)**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:
ALECIA JOANNE MAXWELL

Case No. 2650221

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC
-------------------------------------------
Name of Transferee

Name and Address where notices to transferee should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 7847

Name and Address where transferee payments Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 7847

OneMain Financial Group, LLC
-------------------------------------------
Name of Transferor

Court Claim # (if known): 6
Amount of Claim: $13,183.43
Date Claim Filed: 03/12/2026

Phone:
Last Four Digits of Acct #: 7847

<u>Seller Information</u>
ONEMAIN FINANCIAL GROUP, LLC
601 NW SECOND STREET
EVANSVILLE IN 47708

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams
-------------------------------------------
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 9/29/2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

[redacted]

# EXHIBIT A

ASSIGNMENT AND BILL OF SALE

OneMain Financial Group, LLC, OneMain Financial (HI), Inc., OneMain Financial of Minnesota, Inc., and OneMain Financial, Inc., as Attorneys-in-fact for VP Odyssey Credit Trust, NBSF-BC 2021 Trust; a DE statutory trust, NBSFFIO 2021 Trust, POM 2021-1 TRUST, OFL I Trust, OFL II Trust, and OFL III Trust in its capacity as trustee (collectively, "OneMain").

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, OneMain, located at 1501 S Clinton St Ste. 600, Baltimore, MD 21224-5739 hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of OneMain's rights, title, and interest in and to the Accounts, including without limitation, the agreement governing the underlying loans, owned by OneMain and identified on the Sale File delivered by OneMain to Buyer in electronic file form in conjunction herewith and titled [redacted]

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 26th day of August 2026.

[redacted]

**ASSIGNMENT AND BILL OF SALE**

**SIGNATURE PAGE**

OneMain Financial Group, LLC, OneMain Financial (HI), Inc., OneMain Financial of Minnesota, Inc., and OneMain Financial, Inc., as Attorneys-in-fact for VP Odyssey Credit Trust, NBSF-BC 2021 Trust; a DE statutory trust, NBSFFIO 2021 Trust, POM 2021-1 Trust, OFL I Trust, OFL II Trust, and OFL III Trust in its capacity as trustee.

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company

Signed by:
By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii corporation

Signed by:
By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation

Signed by:
By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation

Signed by:
By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

DocuSigned by:
By: Leigh Bates
8A3D5D0818674CF...

Name: Leigh Bates

Title: Authorized Signer